AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                    **CRIMINAL COMPLAINT**

**LEON E. WADDY**

                                      **CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____**JUNE 21, 2008**_____ in _____**WASHINGTON**_____ county, in the _____ District of _____**COLUMBIA**_____ defendant(s) did, (Track Statutory Language of Offense)

**knowingly receive, conceal, store, barter, sell, and dispose of firearms, that is, a stolen Sig Sauer P232 handgun and a stolen S&W .45 caliber handgun, which were moving as, which were part of, and which hand been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen.**

in violation of Title ____**18**____ United States Code, Section(s) ____**922(j)**____ .

I further state that I am _____**SPECIAL AGENT HARRY BRADY**_____ , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**      ☒ Yes    ☐ No

                                      _____
                                      Signature of Complainant
                                      **SPECIAL AGENT HARRY BRADY**
                                      **BUREAU OF ALCOHOL, TOBACCO & FIREARMS**

Sworn to before me and subscribed in my presence,

_____   at   _____**Washington, D.C.**_____
**Date**                              **City and State**

_____        _____
**Name & Title of Judicial Officer**        **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On June 21, 2008, sworn officers with the Metropolitan Police Department's NSID Gun Recovery Unit along with agents from the Bureau of Alcohol, Tobacco, Firearms, & Explosives executed a D.C. Superior Court search warrant at xxx xxxxxx xxxxxx, xx, xxxxxxxxx xx, Washington, D.C.  Upon gaining entry officers/agents recovered the following items from the defendant's bedroom:  a S&W.45 caliber handgun, (Serial # JRJ4678) with a tag and magazine; a Sig Sauer P232 handgun with a magazine (Serial # S267063); a gun tag for a Sig Sauer P232 with Serial # S267063; a black duffle bag containing a gun tag for a Walther PPK .380 caliber handgun, (Serial # 1072BAK); a pair of green camouflage pants; photos of Leon Waddy; a black hooded sweatshirt; a college identification card in the name of Leon Waddy; a cell phone; and mail matter in the name of Leon Waddy.  Both firearms, i.e., the Sig Sauer P232 and the S&W .45 caliber, were confirmed stolen from a retail firearms outlet in Virginia.  During the course of the search warrant, the defendant, Leon Waddy, had a brief conversation with his mother over the telephone, and stated that he would be coming home in about twenty minutes.  When the defendant arrived in the parking lot, officers placed him under arrest.  After his arrest, the defendant admitted committing the burglary of the gun store in Virginia with another individual, and that he also sold a number of the guns in the District of Columbia and made approximately $2,400.  The defendant also admitted that he was keeping for himself the handguns found in his bedroom.

_____
SPECIAL AGENT HARRY BRADY
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
& EXPLOSIVES

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JUNE, 2008.

_____
U.S. MAGISTRATE JUDGE